United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 24, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-40770
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

BRUCE MCKINZIE,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:01-CR-95-1
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

    The attorney appointed to represent Bruce McKinzie has moved
for leave to withdraw and has filed a brief as required by <u>Anders
v. California</u>, 386 U.S. 738 (1967).  McKinzie has received a copy
of counsel's motion and brief but has not filed a response.  Our
independent review of the brief and the record discloses no
nonfrivolous issue.  Accordingly, counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH

CIR. R. 42.2.